UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO LAUEL STOKES,            )
       Plaintiff,           )
                                  )     No. 1:13-cv-487
-v-                               )
                                  )     HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY,  )
       Defendant.           )
_____)

## ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING DECISION OF COMMISSIONER

      This matter comes before the Court on a report and recommendation issued by the magistrate judge. (ECF No. 18.) The magistrate recommends the Commissioner's decision denying benefits be affirmed. Plaintiff Deangelo Stokes filed objections. (ECF No. 19.)

      After being served with a Report and Recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *see United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505, 508 (6th Cir. 1991). A district court judge reviews de novo the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Only those objections that are specific are entitled to a de novo review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam)

      The Administrative Law Judge (ALJ) issued a thorough and detailed opinion. (ECF No. 7-2 PgID 38-52.) In section 5 of the findings of fact and conclusions of law, the ALJ concluded that Plaintiff had the residual capacity to perform light work, with some limitations. The ALJ discussed Plaintiff's medical record and explained how much weight she assigned the each item discussed.

The magistrate judge reviewed Plaintiff's claims of error and concluded that ALJ's decision should be affirmed. Plaintiff's objections largely advance the same claims of error explained in his initial brief. The Court finds the R&R sufficiently addresses both the legal and factual concerns raised by Plaintiff. The ALJ's decision is supported by substantial evidence, that is, evidence that a reasonable mind might accept as adequate to support a conclusion. Accordingly, the R&R is **ADOPTED** as the opinion of this Court. The Commissioner's decision is AFFIRMED.  **IT IS SO ORDERED.**

Date:   February 25, 2015                                       /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge