UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEANGELO LAUEL STOKES,<br>　　　Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant. | No. 1:13-cv-487<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This Court has affirmed the final judgment of the Commissioner. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS**.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 25, 2015　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge